JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BERRY,<br><br>    Plaintiff<br><br>v.<br><br>DON BARNES, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-1459-FMO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: October 19, 2022.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE